**304**

Richard CANNADY (Libellant),
Appellant,

v.

S.S. CARLIN FASSIO, Her Engines, Tackle, Apparel, and Furniture, Villian and Fassio, as Owners, Managers, Agents, and/or Bareboat Charterers, E. Cia Internationale Di Genova Soc. Riunte Di Nav. Sp. A., as Owners, Managers, Agents, and/or Bareboat Charterers and Norton Lilly Company, as Owners, Managers, Agents, and/or Bareboat Charterers (Respondents),

v.

JOHN W. McGRATH CORPORATION, (Respondent-Impleaded).

No. 15456.

United States Court of Appeals Third Circuit.

Argued Jan. 7, 1966.

Decided March 22, 1966.

Arnold M. Stein, Denville, N. J. (Zarin, Yormark & Maran, Newark, N. J., Stein & Einhorn, Denville, N. J., on the brief), for appellant.

Martin J. McHugh, New York City (Connell & Andresakes, Montclair, N. J., McHugh & Leonard and James M. Leonard, New York City, Thomas P. McHugh, Montclair, N. J., on the brief), for appellees.

Before BIGGS, GANEY and FREEDMAN, Circuit Judges.

PER CURIAM.

We have considered the issue raised by the libellant-appellant that he is entitled to prejudgment interest. An examination of the record, however, convinces us that the trial judge did not err in not allowing him such interest. Cf. Noel v. United Aircraft Corporation, 342 F.2d 232, 240 (3 Cir. 1965); Moore-McCormack Lines, Inc. v. Richardson, 295 F.2d 583 (2 Cir. 1961), cert. denied 368 U.S. 989, 82 S.Ct. 606, 7 L.Ed.2d 526 (1962), and National Airlines, Inc. v. Stiles, 268 F.2d 400 (5 Cir. 1959), cert. denied 361 U.S. 885, 80 S.Ct. 157, 4 L.Ed.2d 121 (1959). Upon a review of the entire record and consideration of the arguments of the parties we perceive no error. Consequently, the judgment will be affirmed.

Robert DRAPER, Appellant,

v.

B. J. RHAY, Superintendent, Washington State Penitentiary, Appellee.

No. 19364.

United States Court of Appeals Ninth Circuit.

March 4, 1966.

Certiorari Denied June 13, 1966.

See 86 S.Ct. 1901.

Robert Draper, in pro. per.

John J. O'Connell, Atty. Gen., of Washington, Olympia, Wash., for appellee.

Before HAMLEY, MERRILL and KOELSCH, Circuit Judges.

PER CURIAM:

This appeal was withdrawn from submission pending action of the Supreme Court on a petition for a writ of Certiorari, filed in Draper v. Washington, No. 107, Misc., October Term, 1965. The petition therein has now been denied. 382 U.S. 961, 86 S.Ct. 442, 15 L.Ed.2d 364. This appeal is accordingly again taken under submission.

Robert Draper, incarcerated in Washington State Penitentiary pursuant to a judgment of conviction and sentence entered in the courts of that state, herein appeals from a district court order denying his application for a writ of habeas corpus.

The order is affirmed for the reasons stated in the opinion of the district court, reported at 242 F.Supp. 829.